**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| LISA FORSEE, *et al.*, *on behalf of themselves and all others similarly situated*,<br><br>        Plaintiffs,<br>  -against-<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*,<br><br>        Defendants. | 19 Civ. 4406 (ER)<br><br>**NOTICE OF MOTION** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

  **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and all prior pleadings, papers, and proceedings herein, Defendant City of New York will move this Court at the Thurgood Marshall United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, on September 13, at 10:00 A.M. or, alternatively, on a date and time assigned by the Court, for an order dismissing Plaintiffs' amended complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1(b), opposition papers, if any, shall be served on all counsel of record, including the undersigned, by September 5, 2019, and reply papers, if any, shall be served by September 12, 2019.

Dated:   New York, New York
         August 22, 2019

                         ZACHARY W. CARTER
                         Corporation Counsel of the City of New York
                         *Attorney for Defendant City of New York*
                         100 Church Street
                         New York, New York 10007
                         (212) 356-1651
                         eburgess@law.nyc.gov

                  By:    s/_____
                         Emily Burgess
                         Special Assistant Corporation Counsel
                         Martin Bowe
                         Senior Counsel