USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __2/5/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA DE LA ROSA, JEAN RYAN, BRONX INDEPENDENT LIVING SERVICES, BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, CENTER FOR INDEPENDENCE OF THE DISABLED, NEW YORK, DISABLED IN ACTION OF METROPLOITAN NEW YORK, HARLEM INDEPENDENT LIVING CENTER, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

METROPOLITAN TRANSPORTATION AUTHORITY, PATRICK FOYE, in his official capacity as chair and chief executive officer of the Metropolitan Transportation Authority, NEW YORK CITY TRANSIT AUTHORITY, SARAH FEINBERG, in her official capacity as acting President of the New York City Transit Authority, and the CITY OF NEW YORK,

    Defendants.

Case No. 19-cv-04406 (ER)

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

---

    Please take notice that, upon the annexed declaration, and subject to the approval of the Court, Joseph Kolatch hereby withdraws as counsel for defendants Metropolitan Transportation Authority (the "MTA"), Patrick Foye, in his official capacity as chair and chief executive officer of the MTA, New York City Transit Authority (the "NYCTA"), and Sarah Feinberg, in her official capacity as acting President of the NYCTA (collectively, the "Transit Defendants"), and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Allan Arffa and Gregory Laufer of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent the Transit Defendants in this proceeding.

Dated: New York, New York
February 4, 2021

                                       PAUL, WEISS, RIFKIND, WHARTON
                                       & GARRISON LLP

                                       /s/ Joseph Kolatch
                                       Joseph Kolatch
                                       1285 Avenue of the Americas
                                       New York, New York 10019
                                       Phone: 212-373-3000
                                       Email: jkolatch@paulweiss.com

                                       *Counsel for Defendants Metropolitan Transportation Authority, Patrick Foye (in his official capacity), New York City Transit Authority, and Sarah Feinberg (in her official capacity)*

SO ORDERED:

_/s/ Edgardo Ramos_
Edgardo Ramos, U.S.D.J
Dated: 2/5/2021
New York, New York