

**California Office**
2001 Center Street, 4th Floor
Berkeley, CA 94704-1204
Tel: (510) 665-8644
Fax: (510) 665-8511
**www.dralegal.org**

**New York Office**
655 Third Avenue, 14th Floor
New York, NY 10017-5621
Tel: (212) 644-8644
Fax: (212) 644-8636
**www.dralegal.org**

**BOARD OF DIRECTORS**
Natalie Aliga
*Wells Fargo Government & Community Relations Group*
Shane Burcaw
*Laughing At My Nightmare, Inc.*
Chris Coleman
*First Republic Bank*
Evan Davis
*Cleary Gottlieb Steen & Hamilton LLP*
Morgan Duffy-Granville
*OneFifteen*
Brian Frumkin
*Bank of America*
Edward Gildea
*FisherBroyles, LLP*
Melissa "echo" Greenlee
*deaffriendly.com*
Tami Hamalian
*Starbucks Coffee Company*
Barb Izzo
*Advisor*
Kyndra LoCoco
*Google LLC*
Allison May
*Retired Attorney*
Darren Minarik
*Radford University*
Steven P. Ragland
*Keker, Van Nest & Peters LLP*
Cristina Rubke
*Shartsis Friese LLP*
Scott Smigel
*Arcana Corporation*
Sofia Vergara
*Bridges to Inclusion*

**ATTORNEYS**
Torie Atkinson
*Staff Attorney*
Sean Betouliere
*Staff Attorney*
Rosa Lee Bichell
*Staff Attorney*
Erin Gallagher
*Staff Attorney*
Chloe Holzman
*Staff Attorney*
Kevin Knestrick
*Senior Staff Attorney*
Jelena Kolic
*Senior Staff Attorney*
Madeleine Reichman
*Staff Attorney*
Rebecca Rodgers
*Managing Attorney*
Stuart Seaborn
*Managing Director, Litigation*
Emily Seelenfreund
*Staff Attorney*
Rebecca Serbin
*Senior Staff Attorney*
Meredith J. Weaver
*Senior Staff Attorney*
Rebecca Williford
*Acting President & CEO/ Deputy Director of Litigation*
Thomas Zito
*Supervising Attorney*

September 14, 2022

Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Via ECF*

Plaintiffs' request for extension is granted. SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: September 16, 2022
New York, New York

**Re: *De La Rosa v. Metropolitan Transportation Authority*, Case No. 19-cv-4406 (ER)**

Dear Judge Ramos:

We and our co-counsel, Sheppard, Mullin, Richter & Hampton LLP, represent Plaintiffs in the above-referenced matter. On June 14, 2022, ECF No. 150, the Court granted the parties' joint request to set September 16, 2022 as the deadline for Plaintiffs to file a motion for class certification for settlement purposes and preliminary approval of the settlement agreement in this action. We write to respectfully request an extension of the deadline to September 27, 2022. This is the first request for an extension of time. Counsel for Transit Defendants and for the City of New York have consented to this request.

While Plaintiffs have completed the briefing for the motion, this request is necessary to allow the parties additional time to confer regarding details of the proposed class notice plan for the settlement.

We thank the Court for its consideration of this request.

Respectfully submitted,

Chloe Holzman
Disability Rights Advocates
*Attorney for Plaintiffs*

Cc: All counsel of record via ECF