UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA DE LA ROSA, JEAN RYAN, BRONX INDEPENDENT LIVING SERVICES, BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, CENTER FOR INDEPENDENCE OF THE DISABLED, NEW YORK, DISABLED IN ACTION OF METROPOLITAN NEW YORK, HARLEM INDEPENDENT LIVING CENTER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> -against- <br><br> METROPOLITAN TRANSPORTATION AUTHORITY, JANNO LIEBER, in his official capacity as chair and chief executive officer of the Metropolitan Transportation Authority, NEW YORK CITY TRANSIT AUTHORITY, RICHARD DAVEY, in his official capacity as President of the New York City Transit Authority, and the CITY OF NEW YORK. <br><br> Defendants. | No. 19-cv-4406 (ER) <br><br> **NOTICE OF MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF SETTLEMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs will and hereby do move this Court for an order certifying the proposed Settlement Class, appointing the Plaintiffs as Class representatives, appointing Plaintiffs' counsel as Class Counsel, preliminarily approving the proposed Settlement Agreement, and approving the proposed notices and proposed schedule for disseminating the notice and seeking Final Approval.

This Motion is based upon this Notice; the accompanying Memorandum of Law; the declaration of Stuart Seaborn and all supporting exhibits; the declaration of Daniel L. Brown and all supporting exhibits; the declarations of Jessica De La Rosa, Jean Ryan, Brett Eisenberg,

1

Joseph G. Rappaport, Sharon McLennon-Wier, and Yonette Lewis; all pleadings and other documents on file in this action; all matters of which the Court may or must take judicial notice, and any argument or evidence that may be presented at the hearing in this matter, if a hearing is deemed necessary.

Dated:  September 27, 2022

      New York, New York

Respectfully submitted,

| | |
|---|---|
| DISABILITY RIGHTS ADVOCATES<br>*s/ Chloe Holzman*<br>Chloe Holzman<br>Rebecca Rodgers<br>DISABILITY RIGHTS ADVOCATES<br>655 Third Avenue, 14th Floor<br>New York, NY 10017<br>Tel: (212) 644-8644<br>Fax: (212) 644-8636<br>cholzman@dralegal.org<br>rrodgers@dralegal.org<br><br>Jelena Kolic<br>DISABILITY RIGHTS ADVOCATES<br>10 South LaSalle Street, 18th Floor<br>Chicago, IL 60613<br>Tel: (312) 559-4660 Ext. 7560<br>Fax: (212) 644 8636<br>jkolic@dralegal.org<br><br>Stuart Seaborn<br>DISABILITY RIGHTS ADVOCATES<br>2001 Center Street, 4th Floor<br>Berkeley, CA 94704<br>Tel: (510) 665-8644<br>Fax: (510) 665-8511<br>sseaborn@dralegal.org<br><br>*Attorneys for Plaintiffs* | SHEPPARD, MULLIN, RICHTER &<br>HAMPTON, LLP<br>*s/ Daniel L. Brown*<br>Daniel L. Brown<br>30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112<br>Tel: (212) 634-3095<br>Fax: (212) 653-8701<br>dlbrown@sheppardmullin.com<br><br>*Attorneys for Plaintiffs* |