UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA DE LA ROSA, JEAN RYAN, BRONX INDEPENDENT LIVING SERVICES, BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, CENTER FOR INDEPENDENCE OF THE DISABLED, NEW YORK, DISABLED IN ACTION OF METROPOLITAN NEW YORK, HARLEM INDEPENDENT LIVING CENTER, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>-against-<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, JANNO LIEBER, in his official capacity as chair and chief executive officer of the Metropolitan Transportation Authority, NEW YORK CITY TRANSIT AUTHORITY, RICHARD DAVEY, in his official capacity as President of the New York City Transit Authority, and the CITY OF NEW YORK,<br><br>              Defendants. | No. 19-cv-4406 (ER)<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs will and hereby do move this Court for an order granting final approval of the proposed Settlement Agreement.

This Motion is based upon this Notice; the accompanying Memorandum of Law; the declaration of Chloe Holzman; all pleadings and other documents on file in this action; all matters of which the Court may or must take judicial notice, and any argument or evidence that may be presented at the Fairness Hearing in this matter.

Dated: March 17, 2023
      Brooklyn, New York

                                                      Respectfully submitted,

| DISABILITY RIGHTS ADVOCATES | SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP |
|---|---|
| _s/ Chloe Holzman_ | _s/ Daniel L. Brown_ |
| Chloe Holzman | Daniel L. Brown |
| Rebecca Rodgers | 30 Rockefeller Plaza, 39th Floor |
| Torie Atkinson | New York, NY 10112 |
| 655 Third Avenue, 14th Floor | Tel: (212) 634-3095 |
| New York, NY 10017 | Fax: (212) 653-8701 |
| Tel: (212) 644-8644 | dlbrown@sheppardmullin.com |
| Fax: (212) 644-8636 | |
| cholzman@dralegal.org | *Attorneys for Plaintiffs* |
| rrodgers@dralegal.org | |
| tatkinson@dralegal.org | |

Jelena Kolic
300 South Wacker Drive, Floor 32
Chicago, IL 60603
Tel: (312) 559-4660 Ext. 7560
Fax: (212) 644 8636
jkolic@dralegal.org

Stuart Seaborn
2001 Center Street, 4th Floor
Berkeley, CA 94704
Tel: (510) 665-8644
Fax: (510) 665-8511
sseaborn@dralegal.org

*Attorneys for Plaintiffs*