UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA DE LA ROSA, et al.,

        Plaintiffs,

– against –

METROPOLITAN TRANSPORTATION AUTHORITY, et al.,

        Defendants.

**ORDER**

19-cv-4406 (ER)

Ramos, D.J.:

On August 25, 2023, Defendants requested that the Court schedule an order to show cause hearing and issue a temporary restraining order to enjoin the petitioners in *Espaillat v NYC Transit* Authority, No. 157036/2023, pending before the New York County Supreme Court ("Petitioners") from "pursuing their Third Cause of Action in their Article 78 proceedings as against any or all of the Defendants." Doc. 195. The disputed cause of action relates to the withdrawal of elevator attendants in four subway stations in Washington Heights. Doc. 193 (Petitioners' Letter to the Court) at 1.

At Defendants' request, the Court entered an order scheduling the Order to Show Cause hearing regarding the proposed injunction. Doc. 199 ("the Order"). In issuing the Order, the Court inadvertently temporarily enjoined Petitioners from pursuing the *Espaillat* action because it neglected to strike that paragraph from Defendants' proposed order. It intended only to schedule the hearing.

Accordingly, the Court will amend the Order to strike the paragraph and thereby dissolve the injunction.

It is SO ORDERED.

Dated:   August 28, 2023
        New York, New York

_____
Edgardo Ramos, U.S.D.J.

2