UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA DE LA ROSA, et al.,

                         Plaintiffs,

           – against –

METROPOLITAN TRANSPORTATION AUTHORITY,
et al.,

                         Defendants.

**ORDER**

19-cv-4406 (ER)

Ramos, D.J.:

On August 28, 2023, the Court issued an Amended Order concerning the Order to Show

Cause for a Preliminary Injunction and Temporary Restraining Order filed by the Metropolitan

Transit Authority, New York City Transit Authority and certain individuals sued in their official

capacity ("the Transit Defendants").  Doc. 204.  The Court further directed Adriano Espaillat,

Robert Jackson, Manny De Los Santos, Carmen De La Rosa, Michael Schweinsberg,

individually as a subway rider and as President of the 504 Democratic Club, Robert Kelly Vice

President of Local 100 Transport Workers Union of Greater New York, Brian Brooks, Lourdes

Bochelli, Brenda Wicker, and Edith Aponte (collectively, the "Petitioners") to file responsive

papers by September 14, 2023 at 5 PM.  *Id.*  Additionally, the Court directed the Transit

Defendants to reply by September 21 at 5 PM, and the Court scheduled the hearing for

September 28, 2023 at 10 AM.  *Id.*

To date, Petitioners have not filed any responsive papers but have indicated by email to

the Court that they will file an opposition by September 20, 2023.  Petitioners also request leave

for the plaintiffs in the instant suit ("Plaintiffs") to oppose the injunction as well.  That request is

granted.

Accordingly, the briefing schedule on the Transit Defendants' proposed preliminary injunction and temporary restraining order is modified as follows:  Petitioners' and Plaintiffs' oppositions will be due September 20, 2023, and the Transit Defendants' reply will be due September 27, 2023.  The hearing is reschedule for October 25, 2023 at 2:30 PM.

It is SO ORDERED.

Dated:    September 18, 2023
          New York, New York

_____
          Edgardo Ramos, U.S.D.J.