# EXHIBIT A

At ~~a Special Term IAS Part 62~~ the Ex Parte Motion Office, Supreme Court of the State of New York, New York County, 60 Centre Street New York, NY, this 14th day of July 2023

PRESENT: **HON. ADAM SILVERA**, as Ex Parte Judge Only
~~Justice of the Supreme Court~~ J.S.C.

------------------------------------------------------------X

In the Matter of the Application of

ADRIANO ESPAILLAT, individually as a subway rider, ROBERT JACKSON, individually as a subway rider, MANNY DE LOS SANTOS, individually as a subway rider, CARMEN DE LA CRUS, individually as a subway rider, MICHAEL SCHWEISNBERG, individually as a subway rider and as President of the 504 DEMOCRATIC CLUB;

On behalf of classes of subway riders, similarly situated;

And,

ROBERT KELLY, Vice President of LOCAL 100 TRANSPORT WORKERS UNION OF GREATER NEW YORK; BRIAN BROOKS; LOURDES BOCHELLI; BRENDA WICKER; and EDITH APONTE,

       Petitioners,

- against -

NEW YORK CITY TRANSIT AUTHORITY,

       Respondent\,

For an Order Pursuant to Article 78 of the Civil Practice Law and Rules, Sections 1204 (15) and 1205(4) of the Public Authorities Law, and the NYC Human Rights Law
------------------------------------------------------------X

Index No. 157036/2023

**ORDER TO SHOW
CAUSE AND STAY**

MS #1 - Art 78

Upon the Verified Petition, verified on July 12, 2023 and the affirmation of Arthur Z. Schwartz, Esq., dated July 13, 2023; the New York City Transit Authority ~~is hereby~~ LET RESPONDENT, BY ITS COUNSEL, ~~ORDERED TO~~ SHOW CAUSE, on the 20th day of July, 2023, at 12:00 o'clock ~~in the~~ ~~fore~~ noon of that day, or as soon thereafter as counsel may be heard, at IAS Part 62, by virtual Teams' conference ~~Courtroom~~, ~~at the Courthouse located at~~ ~~New York, New York, or~~ on a videoconference link to be provided by the Court, why an order should not be issued pursuant to Article 78 of the Civil Practice Law and Rules, Section 1204 and 1205 of the New York Public Authorities Law, and the NYC Human Rights Law, enjoining and restraining Respondents, their agents, attorneys and assigns:

(a) from removing NYC Transit Authority employees presently operating the elevators at the 168th Street A & 1 Station, the 181st Street A & 1 Station, the 190th Street A Station, and the 191st Street 1 Train Station from continuing to operate those elevators unless and until public hearings are conducted concerning each such partial or full closing pursuant to Sections 1204(15) and 1205(5) of the New York Public Authorities Law;

(c) from removing NYC Transit Authority employees presently operating the elevators at the 168th Street A & 1 Station, the 181st Street A & 1 Station, the 190th Street A Station, and the 191st Street 1 Train Station from continuing to operate those elevators unless adequate alternate arrangements for the safety and convenience of the public have been made pursuant to Section 1204(15) of the Public Authorities Law;

2

(d) from removing NYC Transit Authority employees presently operating the elevators at the 168th Street A & 1 Station, the 181st Street A & 1 Station, the 190th Street A Station, and the 191st Street 1 Train Station from continuing to operate those elevators, unless adequate accommodations are provided for persons with disabilities, and employees with disabilities, as required by the NYC Human Rights Law; and

WHY THIS COURT should not grant such other and further relief as ~~is~~ this Court deems just and ~~equitable~~ proper; and it is further

ORDERED, that pending the hearing ~~and decision~~ of this matter the NYC Transit Authority, their agents, attorneys and assigns are enjoined and restrained from removing NYC Transit Authority employees presently operating the elevators at the 168th Street A & 1 Station, the 181st Street A & 1 Station, the 190th Street A Station, and the 191st Street 1 Train Station from continuing to operate those elevators; and it is further

ORDERED that service of a copy of this Order, the Verified Petition, and the affirmation and exhibits annexed thereto, upon the Respondent, on or before July 17, 2023, by email and overnight mail upon their counsel, shall be considered sufficient, and it is further

ORDERED that Respondents shall serve a copy of their opposition papers, if any, upon Petitioners' counsel, and file a copy with this Court on or before July 18, 2023 at 5 p.m.: and it is further

ORDERED that Petitioners shall serve a copy of their Reply papers, if any, upon Petitioners' counsel, and file a copy with this Court on or before July 19, 2023 at 5 p.m.

ENTER:

HON. ADAM SILVERA J.S.C.

HON. ADAM SILVERA JSC
J.S.C.

ORAL ARGUMENT DIRECTED