UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA DE LA ROSA, et al.,

               Plaintiffs,

– against –

METROPOLITAN TRANSPORTATION AUTHORITY, et al.,

               Defendants.

**ORDER**

19-cv-4406 (ER)

Ramos, D.J.:

    For the reasons set forth on the record at the October 25, 2023 hearing, the Transit Defendants' request for a preliminary injunction and temporary restraining order (Doc. 195) is DENIED.

    The Clerk of Court is respectfully directed to terminate the motion, Doc. 195

    It is SO ORDERED.

Dated:   October 25, 2023
           New York, New York

                                                          Edgardo Ramos, U.S.D.J.